THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JAMES E. MURRY, Defendant-Appellant.

(No. 56500; ▮▮▮▮▮▮)

First District—April 3, 1972.

Opinion by Mr. JUSTICE LYONS.

Tully and Roddy, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Arthur Belkind, Assistant State's Attorneys, of counsel,) for the People.